UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA,

     Plaintiff,

  vs.

8.83781706 Bitcoin (BTC) from Binance UID account ending 1437 belonging to an unknown user associated with email address Jason7888@126.com, and

2,441,105.3122 Tether (USDT) from Binance UID account ending 1437 belonging to an unknown user associated with email address Jason7888@126.com and from Binance UID account ending 5700 belonging to an unknown user associated with email address iloveudubai52@gmail.com,

    Defendant Property.

No. 1:26-cv-01883

Hon. Hala Y. Jarbou
Chief U.S. District Judge

_____/

## NOTICE OF COMPLAINT FOR FORFEITURE

TO:   Individual with email address: Jason7888@126.com
       Individual with email address: iloveudubai52@gmail.com

The enclosed Complaint is sent pursuant to Rule G(4)(b) of the Supplemental Rules of Admiralty or Maritime Claims and Asset Forfeiture Actions.

1.     DATE OF NOTICE: June 26, 2026.

2.     FORFEITURE COMPLAINT: On June 17, 2026, the United States of America filed a civil forfeiture complaint in the United States District Court for the Western District of Michigan, pursuant to 18 U.S.C. §§ 981(a)(1)(A), 981(a)(1)(C),

982(a)(1), against the following defendant property:

    a. 8.83781706 Bitcoin (BTC) from Binance UID account ending 1437 belonging to an unknown user associated with email address Jason7888@126.com (Subject Account 1), and

    b. 2,441,105.3122 Tether (USDT) from Subject Account 1 and Binance UID account ending 5700 belonging to an unknown user associated with email address iloveudubai52@gmail.com (Subject Account 2), collectively "the Defendant Property."

3.    FILING OF A VERIFIED CLAIM:  Pursuant to Supplemental Rule G(5)(a)(ii), to avoid forfeiture of the Defendant Property, any person who asserts an ownership interest in the Defendant Property **must** file a verified claim within 35 days after the date of this notice, if the notice is delivered by mail, or within 35 days of the date of delivery, if the notice is personally served and not sent by mail.

4.    CONTENTS OF VERIFIED CLAIM:  Pursuant to Rule G(5)(a), the claim must (A) identify the specific property claimed; (B) identify the claimant and state the claimant's interest in the property; and (C) be signed by the claimant under penalty of perjury (see 28 U.S.C. § 1746).

5.    FILING OF AN ANSWER:  If you file a verified claim, you **must** also file an answer to the complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure within 21 days after filing the verified claim.

6.    FILING WITH COURT AND SERVICE ON UNITED STATES: The

verified claim and answer **must** be filed with the Office of the Clerk, United States District Court for the Western District of Michigan, 399 Federal Building, 110 Michigan Street, N.W., Grand Rapids, MI 49503, and a copy of the claim and answer or motion must be sent to Daniel T. McGraw, Assistant United States Attorney, P.O. Box 208, Grand Rapids, MI 49501-0208.

**Failure to follow the requirements set forth above may result in judgment by default taken against you for relief demanded in the Complaint. You may wish to seek legal advice to protect your interests.**

TIMOTHY VERHEY
United States Attorney

Dated: June 26, 2026

/s/   Daniel T. McGraw
DANIEL T. McGRAW
Assistant United States Attorney
P.O. Box 208
Grand Rapids, MI 49501-0208
(616) 456-2404

3